Honorable Robert S. Lasnik

08-CV-00168-DSGNTN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMED SABBAGHI

               Plaintiffs,

v.

MICHAEL CHERTOFF, et al.,

               Defendants.

No. C08-0168-RSL

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS COMPLAINT

(Note on Motion Calendar Today, Pursuant To Local Rule 7(d)(1))

WHEREAS the complaint in this case seeks to compel the U.S. Citizenship and Immigration Services ("USCIS") to take action on the Plaintiff's application for naturalization (Dkt. #1)..

WHEREAS on September 25, 2008, USCIS took final action on Plaintiff's underlying application, and denied said application.

WHEREAS the parties agree that this action is now moot and should be dismissed.

WHEREFORE the parties HEREBY STIPULATE, AGREE AND JOINTLY REQUEST Plaintiff's complaint be dismissed, with each party bearing their own individual costs.

//
//
//
//

JOINT STIPULATION AND ORDER
TO DISMISS COMPLAINT - 1
(C08-0168-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  Dated this 10th day of October, 2008.

2

3  JEFFREY C. SULLIVAN                           LAW OFFICES OF BART KLEIN
   United States Attorney
4

5

6  /s/ Kristin B. Johnson                         /s/ Bart Klein
   KRISTIN B. JOHNSON, WSBA #28189                BART KLEIN, WSBA #10909
7  Assistant United States Attorney               Law Offices of Bart Klein
   United States Attorney's Office                605 First Avenue, Suite 500
8  700 Stewart Street, Suite 5220                 Seattle, WA 98104
   Seattle, WA 98101-1271                         Phone: 206-624-3787
9  Phone: 206-553-7970                            Fax: 206-624-6371
   Fax: 206-553-4073                              Email: bklein@bartklein.com
10 Email: kristin.b.johnson@usdoj.gov             Attorneys for Plaintiff
   Attorneys for Defendants
11

12

13                                    **ORDER**

14    The parties having so stipulated and agreed, it is hereby SO ORDERED. Plaintiff's

15 Complaint is hereby DISMISSED.

16

17

18    DATED this ___15th___ day of ___October___, 2008.

19

20

21                                        _/s/ Robert S. Lasnik_____
22                                        ROBERT S. LASNIK
                                          United States District Judge
23

24

25

26

27

28